■ Paul Ferenchak, Appellant, v Kathryn Ferenchak, Also Known as Kathryn Fell, Respondent. [893 NYS2d 776]—Appeal from a judgment of the Supreme Court, Onondaga County (Martha Walsh Hood, A.J.), entered November 21, 2008 in a divorce action. The judgment, among other things, distributed the marital assets.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Scudder, P.J., Centra, Fahey and Green, JJ.